862

No. 10–11006. BLOW v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 10–11007. O'GARRO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–11008. NAKAGAWA v. NORTH RANGE BEHAVIORAL HEALTH. Ct. App. Colo. Certiorari denied.

No. 10–11009. MURPHY v. GRENIER ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–11010. MARTINEZ-RUIZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–11011. LAWRENCE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–11012. MARMOLEJOS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 10–11013. MAKDESSI v. WATSON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 10–11015. MARTINEZ v. HOLDER, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 10–11016. CUMMINGS v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 10–11017. DILLBECK v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–11018. ENYART v. OHIO. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 10–11019. JONES v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 10–11020. UPSON v. WALLACE. Ct. App. D. C. Certiorari denied.

No. 10–11021. MURILLO-BETANCOURT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.